# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>JUDY RUTZEN-PAGNI, individually and as next friend and natural guardian of her two minor children A.A.P. and A.F.P.<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION; AFFINIA DEFAULT SERVICES, LLC; MICHAEL GONZALES, an individual; JOSEPH BOWERS, an individual; and EASTSIDE FUNDING, LLC<br><br>Defendants. | Case No. _____<br><br><br>NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Freedom Mortgage Corporation ("Freedom"), without waiving any defenses or objections, removes this action originally filed in the Superior Court of Pierce County, Washington to this Court.

## I. INTRODUCTION

1. On September 29, 2025, Plaintiff Judy Rutzen-Pagni, individually and as next friend and natural guardian of her minor children, A.A.P. and A.F.P. ("Plaintiff") filed her complaint, styled *Judy Rutzen-Pagni v. Freedom Mortgage Corporation, et al.* in the Superior Court of Pierce County, Washington, Case No. 25-2-11855-5 (the "Complaint").

NOTICE OF REMOVAL - 1

2. In the Complaint, Plaintiff brings suit against Freedom asserting claims for a violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605, including duties allegedly owed under 12 C.F.R. §§ 1024.41(c) and (g).

3. Freedom was served with the Complaint on October 2, 2025.

4. Before any parties had filed a response to the Complaint, on October 21, 2025, Plaintiff amended her complaint (the "Amended Complaint"). In doing so, she once again asserted a RESPA claim against Freedom.

## II. TIMELINESS OF NOTICE OF REMOVAL

5. Freedom was served with the Complaint on October 2, 2025. Therefore, pursuant to 28 U.S.C. § 1446(b)(1), the removal is timely. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

6. All other co-defendants served to date with the Complaint were also served on October 2, 2025.[1]

## III. FEDERAL QUESTION JURISDICTION

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because there is a federal question presented on the face of Plaintiff's Complaint. *See* 28 U.S.C. § 1331; *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).

8. Plaintiff alleges that Freedom has committed a "violation of the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605." (*See* Ex. 1 at County VIII and ¶¶ 150-163.) RESPA is a federal law.

---

[1] The only co-defendant who does not appear to have been served yet is Joseph Bowers.

NOTICE OF REMOVAL - 2

**McGlinchey Stafford PLLC**
2101 4th Avenue, Suite 2050
Seattle, Washington 98121-2358
Telephone: (206) 657-8820
Facsimile: (206) 299-5603

9. "[A] civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law." *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003). Thus, this Court has jurisdiction under 28 U.S.C. § 1331 because the alleged violations of RESPA arise under federal law. *See Meppelink v. Wilmington Savings Fund Society FSB*, No. C19-5655RJB, 2019 WL 4594603, at *3 (W.D. Wash. Sept. 23, 2019) ("The Plaintiff's Amended Complaint makes a claim under Regulation X of RESPA, which is a law of the United States. This Court has federal question jurisdiction.") (alterations added); *see also Johnson v. Federal Home Loan Mortg. Corp.*, No. C12–1712 TSZ., 2013 WL 308957, at *2 (W.D. Wash. Jan. 25, 2013) (noting that removal was permitted because plaintiff's first amended complaint alleged "a claim under the Real Estate Settlement Procedures Act ("RESPA").").

10. Accordingly, this Court has jurisdiction because a federal question exists on the face of Plaintiff's Complaint. 28 U.S.C. § 1331.

### IV. VENUE

11. Venue for this removal is proper in the United States District Court for the Western District of Washington, Tacoma Division, as this is the district embracing Pierce County, Washington—the location of the pending state court action. 28 U.S.C. § 128(b); LCR 3(e)(1).

### V. PROCEDURAL COMPLIANCE

12. A copy of the operative complaint (the Amended Complaint) filed in the state court action is attached hereto, marked as **Exhibit A**, and incorporated herein by reference.

13. A copy of all pleadings filed to date has been attached hereto and marked as **Exhibit B**.

**McGlinchey Stafford PLLC**
2101 4th Avenue, Suite 2050
Seattle, Washington 98121-2358
Telephone: (206) 657-8820
Facsimile: (206) 299-5603

14. All other co-defendants who have been served with the Complaint including Affinia Default Services, LLC; McCalla Raymer Leibert Pierce, LLC; Michael Gonzales; and Eastside Funding, LLC consent to the removal of this action, and thus, 28 U.S.C. § 1446(b)(2)(A) is satisfied.

15. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, Freedom will promptly send written notice and a copy of the Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Superior Clerk for Pierce County, Washington. A copy of the state court filing will subsequently be filed as **Exhibit C** to this Notice of Removal.

16. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Freedom respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

WHEREFORE, Freedom requests that this Notice of Removal be deemed good and sufficient and that Plaintiff's claims be removed from the Superior Court of Pierce County, Washington to this Court for trial and determination as provided by law.

*/s/ Charles Stoecker*
Charles E. Stoecker, WSBA No. 62536
2101 4th Avenue, 20th Floor, Suite #2050
Seattle, WA 98121
cstoecker@mcglinchey.com
Telephone: (206) 657-8825
Facsimile: (206) 299-5603
*Attorney For Defendant,*
*Freedom Mortgage Corporation*

NOTICE OF REMOVAL - 4

**McGlinchey Stafford PLLC**
2101 4th Avenue, Suite 2050
Seattle, Washington 98121-2358
Telephone: (206) 657-8820
Facsimile: (206) 299-5603

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel of record as follows, unless otherwise so designated:

Christina Henry
DEVIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806

6100 219th ST. SW
Ste 480, PMB 398
Mountlake Terrace, WA 98043-2222
chenry@devinlawfirm.com
*Attorney for Plaintiff*

Brit J. Suttell
BARRON & NEWBURGER, P.C.
6100 219th ST. SW
Ste 480, PMB 398
Mountlake Terrace, WA 98043-2222
britjsuttell@bn-lawyers.com
*Attorneys for Affiant Default Services, LLC;*
*McCalla Raymer Leibert Pierce, LLC; and*
*Michael Gonzales*

Michael C. Malnatti
Samuel M. Meyler
REED LONGYEAR
801 Second Avenue, Suite 1415
Seattle, WA 98104-1517
mmalnati@reedlongyearlaw.com
smeyler@reedlongyearlaw.com
*Attorneys for Eastside Funding, LLC*

Joseph Bowers
No address information currently available

/s/ *Charles Stoecker*
Charles E. Stoecker, WSBA No. 62536

NOTICE OF REMOVAL - 5

**McGlinchey Stafford PLLC**
2101 4th Avenue, Suite 2050
Seattle, Washington 98121-2358
Telephone: (206) 657-8820
Facsimile: (206) 299-5603